United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMUNIQUE LOVE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00598 |
| | § | |
| APACHE CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING APA CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW

The Court GRANTS APA Corporation's ("APA") Motion for Judgment as a Matter of Law in its entirety (Dkt. No. 127). It is hereby ORDERED that judgment is granted in favor of APA on all claims asserted by Plaintiff in her most recent Complaint filed in this lawsuit, and that Plaintiff shall take nothing by her claims against APA.

It is so ORDERED.

SIGNED on May 15, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1